**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SPHERICAL INDUSTRIES, INC., et al.,
Plaintiffs,

v.

ALEJANDRO S. ANGULO, et al.,

Defendants.

RUTAN & TUCKER, LLP,

Counterclaimant,

v.

SPHERICAL INDUSTRIES, INC., et al.,

Counter-Defendants.

Case No. 8-24-cv-00932-MCS-ADS

**PARTIAL JUDGMENT**

Pursuant to the Court's Orders re: Motion for Summary Judgment and Motion for Default Judgment (ECF Nos. 89 and 177), and following the Court's consideration of the Joint Status Report filed by Defendant and Counterclaimant Rutan & Tucker, LLP ("Rutan"), Defendant Alejandro S. Angulo ("Angulo"), and Plaintiff and Counterclaim Defendant Christopher Michael Duggan ("Duggan") (ECF No. 178), along with the papers submitted concurrently therewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is entered in favor of Defendants Rutan and Angulo, and against Plaintiffs Spherical Industries, Inc., Spherical Industries Holdings LLC (collectively, the "Spherical Entities") and Duggan, as to all claims asserted against Rutan and Angulo by Duggan and the Spherical Entities in this action;

2. Plaintiffs Duggan and the Spherical Entities shall take nothing by their Complaint against defendants Rutan and Angulo;

3. Defendants Rutan and Angulo shall be deemed the prevailing parties in this action as to all claims asserted by Duggan and the Spherical Entities, and ~~are entitled to an award of attorneys' fees pursuant to a properly noticed motion under Federal Rule of Civil Procedure 54(d);~~ **<u>the Court will entertain a properly noticed motion for attorney's fees under Federal Rule of Civil Procedure 54(d)(2);</u>**

4. Judgment is entered in favor of Counterclaimant Rutan, and against Counterclaim Defendants Duggan and the Spherical Entities, jointly and severally, on Rutan's counterclaim for breach of contract in the principal amount of $211,299.67, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a); and

5. Rutan and Angulo ~~are entitled to recover their costs incurred in this action, and~~ shall submit an application to tax costs pursuant to Local Rule 54-2 et seq. within 14 days after the entry of this Partial Judgment.

There being no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), the Clerk is ordered to enter this Partial Judgment forthwith and without further notice.

This Partial Judgment does not pertain to the claims of Plaintiff and Counterclaim Defendant Will Steven Hardy ("Hardy") against Rutan or Angulo, nor Rutan's counterclaims against Hardy.

**IT IS SO ORDERED.**

Dated: July 16, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE